Willie J. HORTON, Jr., Plaintiff—Appellant,

v.

James AHLER, Judge; et al., Defendants—Appellees.

No. 04–55891.

United States Court of Appeals, Ninth Circuit.

Submitted April 4, 2005.*

Decided April 11, 2005.

Willie J. Horton, Jr., San Diego, CA, Pro se.

Michelle M. Lopez, Esq., AGCA—Office of the California Attorney General, Department of Justice, Sacramento, CA; and Jose A. Gonzales, Esq., Tad Seth Parzen, San Diego Unified School District, San Diego, CA, for Defendants—Appellees.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed.

R.App. P. 34(a)(2).

Before: KOZINSKI, HAWKINS, and CLIFTON, Circuit Judges.

### MEMORANDUM **

Willie J. Horton, Jr. appeals pro se the district court's order dismissing his 42 U.S.C. § 1983 action. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo a district court's dismissal based on res judicata, *W. Radio Servs. Co. v. Glickman*, 123 F.3d 1189, 1192 (9th Cir. 1997), and we affirm.

The district court properly concluded that res judicata bars Horton's current action because a final judgment on the merits was entered in Horton's prior district court action in which he could have raised the instant claims. *See Headwaters, Inc. v. U.S. Forest Service*, 399 F.3d 1047, 1052 (9th Cir.2005) citing *Semtek Int'l, Inc. v. Lockheed Martin Corp.*, 531 U.S. 497, 501–02, 121 S.Ct. 1021, 149 L.Ed.2d 32 (2001).

All pending motions are denied.

Appellant's request for judicial notice is denied.

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).